

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00779-CV

**IN RE** Alonna **CURRY**

Original Proceeding[1]

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
Lori Massey Brissette, Justice
H. Todd McCray, Justice

Delivered and Filed: December 10, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

Relator filed her petition for writ of mandamus on December 3, 2025. Having considered the petition and the record, this court concludes that relator has not shown that she is entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2025-CI-23409, styled *Alonna Curry vs. Sean Ashe*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.